(No. 73-CC-4—Claimant 

HUSTON-PATTERSON CORPORATION, Claimant, *vs.* STATE OF ILLINOIS, SECRETARY OF STATE, Respondent.

*Opinion filed July 12, 1973.*

HUSTON-PATTERSON CORPORATION, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney Generul, for Respondent.

PER CURIAM.

(No. 73-CC-34—Claimant 

VELDE FORD SALES, INC., Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF MENTAL HEALTH, Respondent.

*Opinion filed July 12, 1973.*

VELDE FORD SALES, INC., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.